UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                              Plaintiff,

**DAVID A. CARTER**        INDEX# 13 CV 1548

--- AGAINST ---          **AFFIDAVIT OF SERVICE**

**ELC, LLC D/B/A SELECT EXPRESS & LOGISTICS**
                                                       Defendant,

---

STATE OF NEW YORK)
                       )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 15th day of March, 2013, she served the Summons in a Civil Action and Complaint at 2:55 p.m. on ELC, LLC, a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, DONNA CHRISTIE, white female, approximately 46 years of age, 5'4", blond hair, blue eyes and approximately 156lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                        MARIA SCHMITZ

Sworn before me this
15th day of March, 2013

_____
LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2015